JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUN KYUNG CHO, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>     Defendants. | Case No. LACV 11-10750-SVW (JPRx)<br><br><br>ORDER |

Based on the terms of the parties' stipulation, the Court DISMISSES Plaintiffs' complaint with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED:   November 16, 2012                    _____
                                              Hon. Stephen V. Wilson
                                              United States District Judge