JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUN KYUNG CHO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. LACV 11-10750-SVW (JPRx) <br><br><br> ORDER |

Based on the terms of the parties' stipulation, the Court DISMISSES Plaintiffs' complaint with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED:   November 16, 2012

                                                              _____
                                                              Hon. Stephen V. Wilson
                                                              United States District Judge

- 1 -